IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: LORRAINE ARDILA CUNINGKIN

CASE NO: 4:15-bk-13132 T
Chapter 13

## CHAPTER 13 ORDER REVOKING
## PAYROLL DEDUCTION

Before the court for consideration is the matter of revocation of the Chapter 13 Order to Pay Trustee previously entered directing the employer of the debtor to withhold certain sums from the debtor's compensation each month. It appears to the court that other arrangements have been made.

IT IS ORDERED that the Chapter 13 Order to Pay Trustee previously entered directing

COL GLENN HEALTH & REHAB LLC
ATTN PAYROLL
415 ROGERS AVE
FORT SMITH, AR  72901

to withhold sums of money from the pay of the debtor should be, and hereby is, revoked. The debtor's employer shall stop withholding payments from the debtor and cease making payments to the Trustee.

Date: 02/14/2018

/s/ RICHARD D. TAYLOR
Richard D. Taylor, Bankruptcy Judge

cc:   LORRAINE ARDILA CUNINGKIN - U.S.P.S.
      CHRIS FOSTER - Electronic
      JACK W GOODING - Electronic